

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2020

No. 04-20-00330-CV

**IN RE J.O.H., A.F.B., H.R., J.J.R., AND A.L.D., CHILDREN**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-00260
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

On August 4, 2020, we ordered the court reporters to file their volumes of the reporter's record by August 14, 2020, and on August 12, 2020, Elva Chapa filed her portion of the reporter's record. At this time, we have not received a reporter's record from Angelica Jimenez, who is listed on the docketing statement as the official court reporter. Accordingly, we **ORDER** court reporter Angelica Jimenez to file her portion of the reporter's record **by August 31, 2020**. If Ms. Jimenez is not responsible for a portion of the record, she must file a notification stating such.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2020.

_____
Michael A. Cruz,
Clerk of Court